# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DON PAUL JACKSON**                                                                                     **PETITIONER**
**#08025-035**

**vs.**                                                                  **CIVIL ACTION No.: 3:16-CV-581-HTW-LRA**

**WARDEN MOSLEY**                                                                  **RESPONDENT**

## ORDER

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 13]**. In her Report and Recommendation, filed on April 30, 2019, Magistrate Judge Anderson recommended that the petitioner's Petition for Writ of Habeas Corpus **[Docket no. 1]** be DISMISSED because his petition has been rendered MOOT by the petitioner's release from custody of the United States Bureau of Prisons[1]. Magistrate Judge Anderson directed the *pro se* petitioner to file any objections within fourteen (14) days. The petitioner has failed to do so.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 13]**, this court finds it well-taken. Therefore, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the order of this court.

Accordingly, this order hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** and orders that the parties are to bear their own costs.

A final order adverse to the petitioner having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2241, the court, considering the record in the case and the

---

[1] Petitioner had requested this court enter an order correcting the time computation applied by the United States Bureau of Prisons which would have allowed an early release from custody.

requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2241 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

**SO ORDERED this the 12th day of July, 2019.**

<u>**s/ HENRY T. WINGATE**</u>
**UNITED STATES DISTRICT COURT JUDGE**